# UNITED STATES DISTRICT COURT
### for the

Southern District of Georgia
Statesboro Division

2008 JUL -9  AM II: 23

7/10

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  CR694-00012-001 |
| Enrique H. Denson | ) | USM No:  08689-021 |
| Date of Previous Judgment:  April 10, 1995 | ) | Steve Wallace |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  [X] DENIED.   [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:  34 | | Amended Offense Level:  32 |
| Criminal History Category:  III | | Criminal History Category:  III |
| Previous Guideline Range:  240  months | | Amended Guideline Range:  240  months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[ ] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

### III. ADDITIONAL COMMENTS

Despite the retroactive crack cocaine amendment, the defendant still faces a statutorily required minimum sentence of twenty years.

Except as provided above, all provisions of the judgment dated ___April 10, 1995,___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  ___7-9-2008___

_____
Judge's Signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date:  _____
            (if different from order date)

Printed name and title