IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENRIQUE DENSON,

    Defendant.

CRIMINAL ACTION NO.: 6:94cr12

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Thomas Giannotti, counsel for Defendant, for the dates of July 22, 2019; August 1, 2019; August 23, 2019; August 26, 2019 through August 30, 2019. (Doc. 190.) After careful consideration, said Motion is **GRANTED**.

SO ORDERED, this 24th day of June, 2019.

_____
CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA